## PARR *v.* ROBINSON, constable.

1. On the trial of a traverse of a constable's answer to a rule for money, a verdict upholding the answer is not contrary to law, equity and evidence, or without evidence to support it, when none of the evidence produced by either party is inconsistent with the answer.
2. It not appearing that the superior court made any ruling, or was required to make any, upon the sufficiency of the constable's answer, taking it as true, this court cannot adjudicate that question.                          *Judgment affirmed.*

February 1, 1892.

Rule against constable. Practice. Before Judge HARRIS. Carroll superior court. April term, 1891.

Property was levied on by Robinson, a constable, and claimed by Parr. The claim was tried before a magistrate, and the property found subject. The magistrate ordered (the property levied on having been sold under an order of court) that the proceeds of the sale be turned over to plaintiff in *fi. fa.* or his attorney. The constable, after deducting the costs, did turn over the proceeds to plaintiff's attorney before an appeal was entered. Claimant entered an appeal, and the jury found the property not subject. The magistrate then ordered that the amount of the proceeds of the sale of the property be paid over to claimant, and that plaintiff in *fi. fa.* pay all costs. The claimant then brought a rule against the constable for the money. The constable answered, setting up that he had paid the money as above stated to plaintiff's attorney. This answer was traversed. A jury in the magistrate's court refused to make absolute the rule *nisi* against the constable, and the claimant took the case by *certiorari* to the superior court, alleging that the verdict of the jury was contrary to law, equity and evidence, and without evidence to support it. The *certiorari* was overruled, to which claimant excepted because the constable had no right to pay over the money until the expiration of the four days allowed for an appeal.

HOLDERNESS & WATKINS, by W. C. ADAMSON, for plaintiff in error.

REESE & GROW, *contra*.